IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

R&R PACKAGING, INC., d/b/a R&R SOLUTIONS                                    PLAINTIFF

v.                                    Case No. 5:12-CV-05215

J.C. PENNEY CORPORATION, INC.                                               DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

Currently before the Court is the parties' joint motion (Doc. 38) to dismiss this case with prejudice.

It appearing to the Court that the matter has been settled, it is ORDERED that the parties' joint motion (Doc. 23) is GRANTED and the Complaint herein, as well as any counterclaims, are DISMISSED WITH PREJUDICE, subject to the terms of the settlement.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed, that the parties require Court intervention in an unanticipated dispute regarding the settlement, and/or that a party wishes this Court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 23rd day of October, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE